UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO ACE THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>HAWTHORNE POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. CV 16-05924 JLS (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

In his objections, Plaintiff argues that he should be allowed to amend his complaint because he has discovered additional facts to support his case. (Dkt. No. 26.) Plaintiff's arguments refer to the same events alleged in his First Amended Complaint, and Plaintiff again states that those events took place in 2005 and 2009. (*See id.* at 2.) Accordingly, Plaintiff has failed to suggest that he could amend his

claims such that they are not barred by the statute of limitations, and for the reasons stated in the Report, dismissal with prejudice is appropriate.

      IT IS ORDERED that this action is dismissed with prejudice.

DATED: 12/22/16

                                              JOSEPHINE L. STATON
                                              UNITED STATES DISTRICT JUDGE