# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO ACE THOMAS, | Case No. CV 16-05924 JLS (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| HAWTHORNE POLICE DEPARTMENT, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: 12/22/16        _____
                JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE